UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    JERRY JOHNSON              :         Chapter 13
                                                :
        Debtor         :         Bankruptcy No.  24-12610-PMM

## **ORDER**

AND NOW, upon consideration of the Trustee's Objection to Claim of Exemptions, and after notice and hearing, it is hereby Ordered that that the Objection is sustained.

Debtor is prohibited from using 11 U.S.C.§522(d)(1) to exempt his real estate located at 9 Locust Street, Lancaster, Pennsylvania.

                                                BY THE COURT

_____                              _____
    Date                                                    Patricia M. Mayer, B. J.