**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Jerry Johnson, | : | Case No. 24-12610 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER CONTINUING HEARING AND DIRECTING DEBTOR'S COUNSEL TO APPEAR

**AND NOW, WHEREAS**, a hearing was held on December 19, 2024 with regard to the Objection to the Debtor's Claim of Exemptions (doc. #31, the "Objection");

**AND**, the Debtor having appeared at the hearing in order to represent his interest;

**BUT** the Debtor's counsel, Brad Sadek, Esq. having failed to appear at the hearing;

It is hereby **ORDERED** that:

1) The hearing on the Motion is continued to **Thursday, January 30, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, PA 19601; and

2) Mr. Sadek is directed to **APPEAR** at the continued hearing on the Motion.

*Patricia M. Mayer*

**Date: 12/19/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Jerry Johnson
557 Chester Street
Lancaster, PA 17602