IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| JERRY JOHNSON, | : | |
| | : | Bankruptcy No. 24-12610-pmm |
| Debtor | : | |

**ORDER**

AND NOW, upon consideration of the Motion of Loan Ranger LP for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code, and any responses thereto, and upon finding that Movant is entitled to relief from the automatic stay "for cause" pursuant to 11 U.S.C. §362(d)(1), and pursuant to 11 U.S.C. §362(d)(2), it is hereby

**ORDERED** that Loan Ranger LP be, and hereby is, granted relief from the automatic stay of 11 U.S.C. § 362, and is granted leave to proceed with foreclosure of its Mortgage and execution, levy, sale, ejectment and all other remedies which Movant may have at state law with respect to its collateral consisting of the Debtor's real property known and numbered as 509 East Strawberry Street, in the City of Lancaster, Lancaster County, Pennsylvania, including without limitation, reassessment of damages in state court proceedings; and

**ORDERED** that the stay of Fed. R. Bankr. P. 4001(a)(3) is vacated and shall not apply to this Order.

**Date:**
**February 18, 2025**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE