FILED
MAR - 7 2025
TIMOTHY McGRATH CLERK

Dear Honorable Judge Patricia M Mayer                          DOC 24-12610 pmm

Request for Reconsideration

You recently have given relief for my property that I live in to Loan Ranger LLC ,I am pleading you to reconsider and allow me to complete my bankruptcy as I was told in September to pay $1000 a month to loan ranger and $251 to the trustee  and sell my 9 locust street property by June 1st and that my payment would go up 2300 in march sell the property on 9 locust street by June and then get new monthly payment reduced from the sale of  locust street property,  this is why I was working to complete the restaurant and get it leased which I have a lease until you gave them relief  no one wants to work knowing a sheriff sale is in a couple of weeks

All I know was I was doing what my Lawyer told me to do so I would comply with the court order all I did was work to get this done and be able to  handle the addition increase I was told nothing else as far as that was, January hearing I came to my lawyer did not show up he told me I had to get another lawyer for that hearing then at the February 13th hearing he submitted the first amended plan from what I was originally  following that morning knowing you had no time to review it. so it was moved until march 13th I ask you your honor why would something like that be done so negligently because a motion for dismissal was coming in 2 business days and we had no plan to present then a the last minute he tried to pressure me in to signing a another plan your honor which I included both I think this was highly unusual being the amount of time we had to submit a plan.

Something is wrong here your Honor is why I appealed your decision because I had no clue about what he was trying to do here now I see he always said he was not making enough money when I paid what he asked up front then, he does not show up to my hearings and constantly hints on giving lone ranger the property.  Your Honor I borrowed 70k from  MEMBERS1st on my locust street property to purchase and repair the 509 strawberry street and 557 Chester street property which was condemned do to a car crash into the house I had to get blueprint and steel beam put in to repair this property I changed it from a 4 bedroom 1 bath into a 3 bedroom 2 ½ bath my sole intention was to move into the property  during the time I was lost me position at my full time job in march 2022 while on FMLA for an injury to my back where I had a double fusion surgery that's when thing went south but I rehab and was able to acquire work first through temp then they hired me in march of 2024 your honor I borrowed 180k from lone ranger now it has Double in this short amount of time. but I can still afford it if I sell my property on 9 locust by June I am 60 yrs old this was to be my retirement in under 5 yrs I can have this paid and be clear to retire with my own business to operate that is my dream plan Lone Ranger is getting Double his money no matter which way it goes I just need till June to make everybody whole and have something to work with for my future that's all I ask is to continue the plan I assumed I was under!  Your Honor in your Court room, both the lawyer and the Bill Coyne Loan Ranger said I did not make any payments in your court when you asked them, Did I make any of the payments? they both said NO! Until you pulled up the ledger and it showed that they lied! Those were the required payments that I made, and I even have a text of him thanking me for the payments! I am  60 yrs old and need couple months to complete the sale is all I ask I am humbly pleading with you to allow them to have their relief if I don't sell the property by June  its only 3 months  and accept the First Amended plan that was submitted on February 13 and allow me to sell my other property by June as I was told in September and I would like to make all payments through the trustee since  the Loan Ranger  had claimed in court that I made no payments, since I am already paying the trustee so let him continue receive all  payments  your Honor .

Your honor if you give me this opportunity to complete the First Amended plan, I can complete this plan and have something to share with my 16 grandchildren. I humbly ask you for your reconsideration on this matter   Your Honorable Judge Patricia M Mayer .

JERRY JOHNSON
3/6/2025