# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jerry Johnson,<br><br>                      *Debtor*. | Case No. 24-12610-pmm<br>Chapter 13 |

## Motion to Withdraw as Attorney for Debtor

Movant Brad Sadek moves this Court for an order under L.B.R. 9091-1 withdrawing his appearance as attorney for Debtor Jerry Johnson, and states as follows:

    1. The Movant is and has been attorney for the Debtor since this case was filed under chapter 13 on July 30, 2024.

    2. This is a case of first impression in that the Movant has never moved to withdraw as attorney for a debtor despite having filed 4,910 cases in this Court.

    3. Grounds to withdraw as attorney exist under Pa. R. Prof'l Cond. 1.16(b)(4) ("the client insists upon taking action . . . with which the lawyer has a fundamental disagreement") and Pa. R. Prof'l Cond. 1.16(b)(6) ("representation . . . has been rendered unreasonably difficult by the client").

    4. More specifically, the Debtor has failed to cooperate with the Movant by:

        a. Failing to list the property at 9 Locust Street in Lancaster for sale until March 1, 2025, despite the success of his chapter 13 plan depending on the sale of that property.

        b. Failing and continuing to fail to make adequate protection payments to Loan Ranger L.P. as provided by the first amended plan.

    c. Refusing to sign the stipulation with Loan Ranger filed at ECF No. 64 that would have resolved the motion for relief from stay in his favor, despite the Movant's advice.

    d. Filing and continuing to prosecute a *pro se* appeal in lieu of filing a second amended plan.

5. The Debtor has not previously expressed dissatisfaction with the Movant's representation until his letter to the Court filed on March 10, 2025.

6. Allowing the Movant to withdraw as attorney is in the Debtor's best interest so that he can either represent himself or find an attorney who can satisfy all of his interests.

For those reasons, the Court must grant relief in the form of order attached, and further in the Movant's favor, if necessary and proper under the law.

Date: March 11, 2025

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek
    Brad J. Sadek
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com