**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jerry Johnson, | Case No. 24-12610-pmm |
| | Chapter 13 |
| *Debtor*. | |

# ORDER

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Brad J. Sadek, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Brad J. Sadek's appearance as attorney for Debtor Jerry Johnson is **WITHDRAWN**.

3. This order is effective immediately.


Date: _____        _____
                              Patricia M. Mayer
                              U.S. Bankruptcy Judge