Dear Honorable Judge Patrica M Mayer

MAR 1 1 2025

TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

Doc24-12610

    This is in Reference to the previous letter I sent you. I have some blatant lack of performance in my case by my paid lawyer who I trusted and followed his directions in this what was asked of me, In September of 2024 I was told to pay Loan Ranger $1000 a month and $250 to the trustee on the 17th of each month and have the 9 locust street property Sold buy June, as I did assumed that was what I was to pay, he also told me that I would have a substantial increase in payment and was encouraged to rent out the restaurant/ Event space next to my Home to handle to increase in payment.

    Your Honor I asked him to verify and itemize the fees that the loan ranger was charging, because my loan went from 180k to 340k since I filed for bankruptcy, I asked him about the fees he said every time he talks to the opposing council it cost me 800 dollars. So since September there was one plan I knew of and I followed it then he didn't not Show up for my November 18th the hearing he told me I needed to get another lawyer for that hearing that is what I told you that day in court when he did not show so it was continued until the February 18th

    December, January, Nothing was done February 13th he submitted the first amended First Amended Chapter 13 plan the morning of the hearing knowing it would not be heard by you that day and then at the end of day Friday the 14th he called my very animated to sign a new plan draw up by opposing council which first had me alarmed why he was so animated about signing this New plan to look over he need my approval right then to submit it I was at work and could not look at it frightened me to approve it and I didn't have time to look at once I saw it I knew this was a not a good plan because it would not go through the Trustee.

    Also this plan made is so if anytime down the road and there was an irregularity in any form no matter what I had paid he would foreclose in ten days without going back to court which I thought was set up to fail for my Chapter 13 and would eliminate my protection your my lawyer Did Not do his Due diligence on my behalf by timely filing the appropriate Documents in a timely fashion for my protection therefore Your Honor I humbly ask that you reconsider relief at this point and allow me to continue the plan I was given to sell the property at 9 Locust street and reduce the amount owed and continue my bankruptcy as I was prescribed, Your Honor Loan Ranger will double his investment with the principle paid at the sale of locust street and interest would not continue grow and I will be able to continue to afford to pay my Bankruptcy this is my life right now at 60 yrs of age I have nothing else for my Future .

      I can complete this bankruptcy before I retire Your Honor a couple of months will make the difference in my short time I have left I truly need your help even though I still have Members 1st included in this bankruptcy which I borrowed the money to rehab the condemned property that I have been livening in since it was given letter of occupancy June 18th 2024 which was always the plan my lawyer Brad Sadek has refused to help me anymore with this case he has stopped taking my calls he will answer a email from time to time but has told me he is not representing me anymore I know I have a March 13th hearing but that all I know .

      Why would a lawyer treat someone who has paid what he asked and done what he ask to be treated like this I don't want to start this case over I want to finish it now the lease for the restaurant is pending if I can keep this first amended plan I have been trying to find an appeal lawyer but everyone say they cant do anything for me I am in a horrible position right know and only you can help me either way the lenders will be paid away I will be paying while homeless or I will sell the property and keep my current home and pay off this First Amended plan I was only given the plan I previously was adhering to I am not protected in either lien without this plan.

      So I can end up losing both properties without this plan. Your Honor my lawyer failed to file the documents needed in a timely order to avoid your decision to dismiss and the reason I am filing an appeal case# 5:25-cv-00882-JFM

JERRY JOHNSON
3/10/2025

*Jerry Johnson* (signature)

# PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Jerry Johnson
557 Chester St
Lancaster Pa 17602

The Gateway Building
201 Penn Street, 4th Floor
Reading, Pa 19601

**Retail**

RDC 03

19601

U.S. POSTAGE PAID
PM
LANCASTER, PA 17604
MAR 10, 2025
$10.10
R2323Y501085-23

0 Lb 0.80 Oz

**TRACKED ■ INSURED**

9505 5106 9624 5069 7718 14

PS00001000064

EXPECTED DELIVERY DAY: 03/13/25

USPS TRACKING® #

EP14H February 2024
OD: 10 x 5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE




- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14H © U.S. Postal Service; February 2024; All rights reserved.

EP14H February 2024 Outer Dimension: 10 x 5

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.