Dear Honorable Judge Patrica M Mayer                              Doc 24-12610

               Response to opposing council request for denial


     My request was to continue with the First Amended plan submitted on the 13th of February 2025 the plan was submitted the morning of the hearing your honor and the trustee said to my lawyer you cant do that the Judge will not have time to review it this is where the issue is, This plan was to satisfy 100% of the Plan but was not reviewed because of the motion for relief was giving the next business day after the Holiday.

     Your Honor I will have to pay this bankruptcy either way, one way it put me in a situation with the probability of losing both properties the other give me rental income from the restaurant and with the sale of 9 locust street put me in a positive situation to complete this plan early then the time left, along with working my fulltime job and other job as a realtor with Keller Willliams I know this bankruptcy has been difficult but I can complete it before I turn 64 this is where I am right now it means everything to me to get this plan I still have the renters for the restaurant standing by to see if I can get this resolved so they can open they have a lot of equipment brought in there pending I can get this plan Started it will boost my monthly payments and give my the Best case opportunity to complete this plan sooner then the time left I can do it I just need the opportunity to get every debt paid that's owed in the Plan .


                                      Jerry Johnson 3/17/2025

*[signature: Jerry Johnson]*

*[FILED stamp: MAR 18 2025, TIMOTHY McGRATH, CLERK, DEP CLERK]*