Dear Honorable Judge Patricia M Mayer

Doc 24-12610

Notice of Motion and In-Person hearing



    Your Honor I must apologize for so many written responses But Mr. Sedik Quit representing me on February 18th day of the Hearing for Relief in the lobby of your building I have tried to get a lawyer but they say they can't help me with this case , Here are my perspective of what I have work with Mr. 03Sedik in July 20th he asked that I pay him in full for his representation which I did after that he advised me to pay the trustee and Loan Ranger which I did as he advised me to I also asked him about Members1st and the sale of that property the was a hearing about exemption of that property in November he told me to get another lawyer for that ,

    Your Honor I appeared in your court without him and you said we would continue the case and he would have to appear in person with an explanation. Then in January he said he would combine the plan and the members1st hearing and the Motion for relief all together so we could take care of them all at one hearing, So the hearing he was continued to February 13th On February 13th @ 8:49 am I received the first amended plan by email and time stamped , The zoom meeting was 10 am and the trustee told us that you are Not allowed to submit Plans the morning of the hearing The Judge does not have time to go over it so he said it would be continued .

    I get a call from him the next day while at work he wanted to submit a different plan and I said you told me the other plan submitted would pay the plan 100% and a great plan I said that's the plan I wanted and wanted it to be paid 100% through the trustee If I can do that plan and he yelled at me over the phone it scared me and I was really hesitant about this new plan and he continued to yell about this plan then he calmed and said you can also talk to the Judge and I said lets do that then I really don't feel comfortable with this other plan lets leave the first amended plan in and we can talk with the Judge .

    I was told in August what to pay the trustee and lone Ranger and have 9 locust st sold by June we also agreed that and a payment increase would be coming and I need to get the rental building finished and rented Mr. Sedik says I insisted in taking actions he disagreed with all I asked was to be able to pay through the trustee because

Lone Ranger stated in Doc 76 February 19th that I made No payments which Your Honor verified I did by their own ledger and I also asked Mr. Sadik to verify the numbers that the Loan Ranger claimed I owed them my 180k loan went to 340k just make sure they are correct that's all I said Mr. Sadik also stated that the charged $800.00 every time he talk to them I ask him can you get the charges listed for that and that's what I was going though and what I was focused on getting ready for this plan I thought everything was going in the right direction just give me the chance I have the Means to make this work This is my Livelihood

Thank you    Jerry johnson
             03/19/2025

*[signature]*